| |
| |
|Court of Appeals |
|Second District of Texas |
|CHIEF JUSTICE | |CLERK |
|TERRIE LIVINGSTON |TIM CURRY CRIMINAL JUSTICE CENTER | |
| |401 W. BELKNAP, SUITE 9000 |DEBRA SPISAK |
|JUSTICES |FORT WORTH, TEXAS 76196 | |
|LEE ANN DAUPHINOT | |CHIEF STAFF ATTORNEY |
|ANNE GARDNER |TEL: (817) 884-1900 |LISA M. WEST |
|SUE WALKER | | |
|BILL MEIER |FAX: (817) 884-1932 |GENERAL COUNSEL |
|LEE GABRIEL | |CLARISSA HODGES |
|BONNIE SUDDERTH |www.2ndcoa.courts.state.tx.us | |

 Date: 3-9-15

TO: Finnis Davis II

RE: Case No 02-12-163-CR Style: Finnis Davis II vs. State

 We are in receipt of your correspondence in connection with the above
case.

 Our records do not indicate an appeal pending in this court.
 Contact the attorney or the trial court for information about the
 case, or provide this court with an appeal number.

 Our records indicate you are pro se/have counsel. The attorney
 is/was
 .

 Appellant's/State's
 was/is due on
 .

 The status of the above referenced case is:
 Still pending. No opinion has issued as of this date.
 Opinion has issued.
 ( The case is closed. Mandate issued on May 1, 2014.
 Pending on motion for rehearing.
 Pending at the Court of Criminal Appeals on a Petition for
 Discretionary Review.

 Neither the judges nor the staff of this court can give legal
 advice. You may wish to contact Inmate Legal Services, Texas
 Department of Criminal Justice, Institutional Division, P.O. Box 99,
 Huntsville, TX 77340.

 This court has no jurisdiction to compel the trial court to
 provide you with free copies. This court does not provide copies of
 any documents without prepayment of costs. Our charge is 10 cents per
 page up to 50 pages and 50 cents per page thereafter, payable in
 advance by cashier's check or money order. If you desire copies of
 any part of your record, send a cashier's check or money order in the
 amount of $75.00. There is a $38.66 fee for retrieving any closed
 case from our private storage facilities. As much of your record will
 be copied as the remaining will cover. You will be advised as to the
 cost for copying the remainder of the record. Payment for the
 remainder of the record must be paid within thirty (30) days from the
 date you are notified. If your request does not add up to the $75.00,
 the balance will be returned to you. Make cashier’s check or money
 order payable to Clerk, Court of Appeals.

 The Court of Criminal Appeals, Austin, Texas, has jurisdiction
 over article 11.07 post conviction writs of habeas corpus/out of time
 appeals. Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2011).
 This writ can only be filed with the district clerk’s office of the
 county in which you were convicted. Id.

 The papers you requested are enclosed.

 ( The papers you tendered are being returned to you.

 Respectfully yours,

 DEBRA SPISAK, CLERK
 Karen Brown
 By: Karen Brown, Deputy Clerk